JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, California 94612
  Telephone:  (510) 637-3705
  Facsimile:  (510) 637-3724
  E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-09-70817 WDB |
| | ) | |
| Plaintiff, | ) | PETITION FOR AND WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| CHRISTOPHER MATTHEW CARR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

TO:   The Honorable Bernard Zimmerman, United States Magistrate Judge of the

United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court

issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, CHRISTOPHER

MATTHEW CARR (PFN BEO509), whose place of custody and jailor are set forth in the

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. 4-09-70817 WDB

1  requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled

2  matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4  Dated: September 15, 2009                     Respectfully submitted,

5                                                                     JOSEPH P. RUSSONIELLO
                                                                       United States Attorney
6

7                                                                           /s/  Wade M Rhyne for
8                                                                     JAMES C. MANN
                                                                       Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. 4-09-70817 WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-09-70817 WDB |
| Plaintiff, | ) ) | |
| v. | ) ) | ~~[PROPOSED]~~ ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| CHRISTOPHER MATTHEW CARR, | ) ) | |
| Defendant. | ) ) | |
| | ) ) | |
| | ) ) | |
| | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant CHRISTOPHER MATTHEW CARR (PFN BEO509) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Tuesday, September 29, 2009 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_ September 16, 2009

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND ~~[PROPOSED]~~ ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. 4-09-70817 WDB